FILED

*July 31, 2015*

Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-13-00576-CV
6311844
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 2:10:56 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00576-CV

# In the Court of Appeals
## for the Third Judicial District
## at Austin, Texas

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS
AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants,*

v.

IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY,
*Appellee.*

On Appeal from the
126th Judicial District Court of Travis County, Texas

**JOINT MOTION TO DISMISS APPEAL**

TO THE HONORABLE THIRD COURT OF APPEALS:

Under Rule 42.1(a)(2) of the Texas Rules of Appellate Procedure, all parties, including appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, and appellee, Imperial Fire and Casualty Insurance Company, move to dismiss this appeal pursuant to their already-executed settlement agreement.

1

The Court has the authority under Texas Rule of Appellate Procedure 42.1(a)(2) to grant this joint motion to dismiss, and the appellants' right to dismissal is absolute prior to disposition, so long as the appellants bear their own costs. *E.g.*, *White Stores, Inc. v. Crain*, 515 S.W.2d 677, 677 (Tex. App.—Austin 1974, no writ).

The parties have reached an agreement to compromise and settle their differences in the suit *Imperial Fire and Casualty Insurance Company v. Susan Combs, Comptroller of Public Accounts of the State of Texas and Greg Abbott, Attorney General of the State of Texas*, cause number D-1-GN-12-002808. Each party will bear its own costs. This motion is not to be filed until the warrant satisfying the settlement agreement has been received by the plaintiff. Accordingly, at this time, all the prerequisites to dismissal have been met.

Because the underlying dispute has been settled and payment has been completed, it is appropriate to dismiss the appeal.

## PRAYER

The Court should dismiss the appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Attorney General of Texas

SCOTT A. KELLER
Solicitor General


 /s/ Kristofer S. Monson
KRISTOFER S. MONSON
Assistant Solicitor General
State Bar No. 24037129

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
*kristofer.monson@texasattorneygeneral.gov*

COUNSEL FOR APPELLANTS

/s/ Doug Sigel
Doug Sigel
KRISTOFER S RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
Fax: (512) 459-6601
*doug.sigel@ryanlawllp.com*

COUNSEL FOR APPELLEE

## CERTIFICATE OF CONFERENCE

Having agreed to settle this case and to file a joint motion, the parties treat their signatures to this joint motion as evidence of their conference.

## CERTIFICATE OF SERVICE

On July 31, 2015, this Joint Motion to Dismiss Appeal for Settlement was served via CaseFileXpress on:

| | |
|---|---|
| Doug Sigel | Kristofer S. Monson |
| RYAN LAW FIRM, LLP | Office of the Attorney General |
| 100 Congress Avenue, Suite 950 | PO Box 12548 (MC 059) |
| Austin, Texas 78701 | Austin, Texas 78701 |
| *doug.sigel@ryanlawllp.com* | *kristofer.monson @texasattorneygeneral.gov* |
| COUNSEL FOR APPELLEE | COUNSEL FOR APPELLANTS |
| /s/ Doug Sigel | /s/ Kristofer S. Monson |